1 | JULIE A. SALAMON (SBN 214298)
2 | ARGUEDAS, CASSMAN & HEADLEY
  | 803 Hearst Avenue
3 | Berkeley, CA 94710
  | Phone: 510.845.3000
4 | Fax: 510.845.3003

5 | Attorneys for THEODORE MARSTEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | CASE NUMBER: CR 09-1077 |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| vs. | |
| THEODORE J. MARSTON, | |
| Defendant. / | |

IT IS HEREBY STIPULATED, that Defendant Theodore Marston's January 15, 2010 status conference be continued to January 29, 2010 at 10:30, so that Julie Salamon, Mr. Marston's attorney, can be present.

Date: January 13, 2010

/s/
Acadia L. Senese
Assistant U.S. Attorney

Date: January 13, 2010

/s/
Julie A. Salamon
Attorney for Defendant Theodore Marston

**IT IS SO ORDERED.**

Date: January 14, 2010

_____
The Honorable [Joseph C. Spero]
U.S. District [Court] Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]*

1